**820**

■ In the Matter of HERMAN BERING, as President of New York City Transit System, Local Division 1397 of Amalgamated Association of Street, Electric Railway and Motor Coach Employees of America, A. F. L., Respondent, against CHARLES L. PATTERSON et al., Constituting the New York City Transit Authority, Appellants.— Appeal from a final order dated June 27, 1956 directing appellants, constituting the New York City Transit Authority, to revoke and set aside a resolution dated September 14, 1955, which cancelled a collective bargaining agreement between the parties, dated July 1, 1954 and expiring by its terms June 30, 1956 and ordering the Authority to recognize and deal with respondent as a party to such agreement, as theretofore executed, and subsequently modified. Order reversed on the law and the facts, with $50 costs and disbursements, and proceeding dismissed, without costs. The answer to the petition raised issues of fact, and alleged matters by way of defense, which tended to establish that respondent had breached the agreement sought to be enforced in a material respect, and that the Authority had, consequently, terminated the agreement. No reply was served, and the allegations of new matter by way of defense were not put in issue. (Civ. Prac. Act, § 1292.) Consequently, respondent failed to establish a clear legal right to compel the Authority to continue to deal with it during the short period of time which elapsed between the date of the order appealed from and the expiration date of the contract. (Cf. *Graves* v. *White,* 87 N. Y. 463, 465; *De Forest Radio Tel. & Tel. Co.* v. *Triangle Radio Supply Co.,* 243 N. Y. 283; *Matter of Colonial Beacon Oil Co.* v. *Finn,* 245 App. Div. 459, affd. 270 N. Y. 591; *Matter of Coombs* v. *Edwards,* 280 N. Y. 361; *Matter of Ellsworth, Barrows & Co.* v. *Ward,* 255 App. Div. 91; Civ. Prac. Act, § 1295.) No right was or may be established to compel the Authority to continue to recognize or deal with respondent under the contract after its expiration date. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of WILLIAM BRODERICK et al., as Members of the Democratic County Committee of the County of Queens, Appellants, against JAMES L. DIXON, Individually and as Chairman of the Democratic County Committee of Queens County, et al., Respondents.— Order denying application affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ In the Matter of FRANK R. McGLYNN, a Member of the Democratic County Committee of the County of Queens and Member of the Executive Committee of the Democratic Party of the County of Queens, et al., Appellants, against JAMES L. DIXON, Individually and as Chairman of the County Committee of Queens County, et al., Respondents.— Order denying application affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ In the Matter of T. MARCELLUS MURPHY, Appellant, against JAMES L. DIXON et al., Respondents.— In a proceeding to declare invalid rule VII of the Rules of the Democratic County Committee of the County of Queens, adopted June 20, 1956, and for other relief, the appeal is from an order denying the application. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.